THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* URBAN A. HAASER, Defendant-Appellee.

(No. 60942; )

First District (2nd Division)—May 13, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Frances T. Norek, Assistant State's Attorneys, of counsel), for the People.

Martin A. Russo, of Tinley Park, for appellee.